# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: WOODS, RENEE A. | § | Case No. 09-72835 |
| | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $98,036.85
*(without deducting any secured claims)*

Assets Exempt: $0.00

Total Distribution to Claimants: $6,784.05

Claims Discharged
Without Payment: $45,900.86

Total Expenses of Administration: $2,311.15

3) Total gross receipts of $    9,095.20    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $    0.00    (see **Exhibit 2**), yielded net receipts of $9,095.20 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $89,971.55 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,311.15 | 2,311.15 | 2,311.15 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 34,702.65 | 30,222.95 | 30,222.95 | 6,784.05 |
| **TOTAL DISBURSEMENTS** | $124,674.20 | $32,534.10 | $32,534.10 | $9,095.20 |

4) This case was originally filed under Chapter 7 on July 08, 2009. The case was pending for 60 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/14/2014          By:  /s/JOSEPH D. OLSEN
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Share in grandfather, William Ellefson's, estate | 1129-000 | 9,091.48 |
| Interest Income | 1270-000 | 3.72 |
| **TOTAL GROSS RECEIPTS** | | **$9,095.20** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Wells Fargo Auto Finance | 4110-000 | 14,393.76 | N/A | N/A | 0.00 |
| NOTFILED | Amcore Bank NA | 4110-000 | 1,117.42 | N/A | N/A | 0.00 |
| NOTFILED | Wells FargoHome Mortgage | 4110-000 | 74,460.37 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$89,971.55** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,659.52 | 1,659.52 | 1,659.52 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 45.01 | 45.01 | 45.01 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 6.10 | 6.10 | 6.10 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 6.96 | 6.96 | 6.96 |
| The Bank of New York Mellon | 2600-000 | N/A | 16.16 | 16.16 | 16.16 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 10.70 | 10.70 | 10.70 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 12.94 | 12.94 | 12.94 |
| Rabobank, N.A. | 2600-000 | N/A | 11.31 | 11.31 | 11.31 |
| Rabobank, N.A. | 2600-000 | N/A | 11.70 | 11.70 | 11.70 |
| Rabobank, N.A. | 2600-000 | N/A | 12.89 | 12.89 | 12.89 |
| Rabobank, N.A. | 2600-000 | N/A | 12.47 | 12.47 | 12.47 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 8.04 | 8.04 | 8.04 |
| Rabobank, N.A. | 2600-000 | N/A | 11.24 | 11.24 | 11.24 |
| Rabobank, N.A. | 2600-000 | N/A | 13.22 | 13.22 | 13.22 |
| Rabobank, N.A. | 2600-000 | N/A | 12.00 | 12.00 | 12.00 |
| Rabobank, N.A. | 2600-000 | N/A | 11.58 | 11.58 | 11.58 |
| Rabobank, N.A. | 2600-000 | N/A | 13.16 | 13.16 | 13.16 |
| Rabobank, N.A. | 2600-000 | N/A | 11.15 | 11.15 | 11.15 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,311.15 | $2,311.15 | $2,311.15 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 7100-000 | 5,397.99 | 5,571.48 | 5,571.48 | 1,257.80 |
| 2 | Creditors' Protection Service | 7100-000 | N/A | 486.30 | 486.30 | 109.79 |
| 3 | Terry Hoss | 7100-000 | N/A | 764.37 | 764.37 | 0.00 |
| 4 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 3,504.71 | 3,504.71 | 791.21 |
| 5 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 6,219.71 | 6,219.71 | 1,404.13 |
| 6 | Chase Bank USA, N.A. | 7100-000 | N/A | 4,745.09 | 4,745.09 | 1,071.23 |
| 7 | Chase Bank USA, N.A. | 7100-000 | 3,042.78 | 3,466.91 | 3,466.91 | 782.67 |
| 8 | Chase Bank USA, N.A. | 7100-000 | N/A | 755.32 | 755.32 | 170.52 |
| 9 | Midland Funding LLC | 7100-000 | N/A | 672.25 | 672.25 | 151.76 |
| 10 | First National Bank of Omaha | 7100-000 | 3,799.92 | 3,864.25 | 3,864.25 | 872.38 |
| NOTFILED | Menard's Retail Services | 7100-000 | 618.92 | N/A | N/A | 0.00 |
| NOTFILED | Mutual Management Services | 7100-000 | 328.60 | N/A | N/A | 0.00 |
| NOTFILED | Kohl's Payment Center | 7100-000 | 672.04 | N/A | N/A | 0.00 |
| NOTFILED | Swedish American Health System | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Jack W. Lenox, M.D. | 7100-000 | 1,408.50 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Riverside Dental Center | 7100-000 | 764.37 | N/A | N/A | 0.00 |
| NOTFILED | Perryville Surgical Associates | 7100-000 | 592.50 | N/A | N/A | 0.00 |
| NOTFILED | WFNNB - Limited | 7100-000 | 817.07 | N/A | N/A | 0.00 |
| NOTFILED | WFNNB - Victoria's Secret | 7100-000 | 351.69 | N/A | N/A | 0.00 |
| NOTFILED | WFNNB - Express | 7100-000 | 1,364.50 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Card Services | 7100-000 | 2,820.55 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Health Physicians | 7100-000 | 486.30 | N/A | N/A | 0.00 |
| NOTFILED | Exxon Mobil Credit Card Center | 7100-000 | 3,504.71 | N/A | N/A | 0.00 |
| NOTFILED | Chase Cardmember Service | 7100-000 | 3,387.31 | N/A | N/A | 0.00 |
| NOTFILED | Citi Card | 7100-000 | 5,344.90 | N/A | N/A | 0.00 |
| | United States Bankruptcy Court | 7100-001 | N/A | 172.56 | 172.56 | 172.56 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $34,702.65 | $30,222.95 | $30,222.95 | $6,784.05 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| | | |
|---|---|---|
| **Case Number:** 09-72835 | **Trustee:** (330400) JOSEPH D. OLSEN | |
| **Case Name:** WOODS, RENEE A. | **Filed (f) or Converted (c):** 07/08/09 (f) | |
| | **§341(a) Meeting Date:** 08/13/09 | |
| **Period Ending:** 07/14/14 | **Claims Bar Date:** 12/10/09 | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)** | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a)** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
| 1 | Residence located at 1721 N. Court, Winnebago Co | 80,000.00 | 0.00 | | 0.00 | FA |
| 2 | Amcore Bank checking acct | 62.51 | 0.00 | | 0.00 | FA |
| 3 | The Bancorp Bank - Health Savings Account in ban | 179.18 | 0.00 | | 0.00 | FA |
| 4 | Furniture and misc. household items audio, video | 3,937.00 | 0.00 | | 0.00 | FA |
| 5 | Various books and misc. pictures on the walls. s | 95.00 | 0.00 | | 0.00 | FA |
| 6 | Everyday wearing apparel. | 500.00 | 0.00 | | 0.00 | FA |
| 7 | IRA account with American Funds acct 83149939. o | 938.16 | 0.00 | | 0.00 | FA |
| 8 | Child support arrearage owed from Daniel William | Unknown | 0.00 | | 0.00 | FA |
| 9 | 1992 Honda Accord automobile | 1,000.00 | 0.00 | | 0.00 | FA |
| 10 | 2008 Pontiac G6 Automobile | 11,325.00 | 0.00 | | 0.00 | FA |
| 11 | Share in grandfather, William Ellefson's, estate | Unknown | 12,500.00 | | 9,091.48 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 3.72 | FA |
| **12** | **Assets    Totals** (Excluding unknown values) | **$98,036.85** | **$12,500.00** | | **$9,095.20** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    March 30, 2014          **Current Projected Date Of Final Report (TFR):**    January 7, 2014  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-72835
**Case Name:** WOODS, RENEE A.

**Taxpayer ID #:** \*\*-\*\*\*0204
**Period Ending:** 07/14/14

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** \*\*\*-\*\*\*\*\*18-65 - Money Market Account
**Blanket Bond:** $820,095.60  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/22/09 | {11} | Amcore Bank NA | Partial distribution from Ellefson Estate | 1129-000 | 6,835.16 | | 6,835.16 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.03 | | 6,835.19 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.26 | | 6,835.45 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.26 | | 6,835.71 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.30 | | 6,836.01 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.17 | | 6,836.18 |
| 04/20/10 | | Wire out to BNYM account *********1865 | Wire out to BNYM account *********1865 | 9999-000 | -6,836.18 | | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -6,836.18 | 0.00 | |
| **Subtotal** | 6,836.18 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$6,836.18** | **$0.00** | |

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 09-72835 |
| **Case Name:** | WOODS, RENEE A. |
| **Taxpayer ID #:** | **-***0204 |
| **Period Ending:** | 07/14/14 |

| | |
|---|---|
| **Trustee:** | JOSEPH D. OLSEN (330400) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | ****.*****18-65 - Checking Account |
| **Blanket Bond:** | $820,095.60  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank,<br>N.A. account ********1865 | Wire in from JPMorgan Chase Bank, N.A.<br>account ********1865 | 9999-000 | 6,836.18 | | 6,836.18 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.14 | | 6,836.32 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.41 | | 6,836.73 |
| 06/04/10 | | To Account #**********1866 | Payment of bond premium | 9999-000 | | 5.67 | 6,831.06 |
| 06/08/10 | | To Account #**********1866 | balance of bond premium | 9999-000 | | 0.43 | 6,830.63 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.39 | | 6,831.02 |
| 07/22/10 | {11} | Commercial Mortgage & Finance | Clm #1023-3 | 1129-000 | 130.34 | | 6,961.36 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.41 | | 6,961.77 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.41 | | 6,962.18 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,962.23 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,962.28 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,962.33 |
| 12/14/10 | {11} | Commerical Mortgage & Finance | CMF - pymt. on claim | 1129-000 | 114.04 | | 7,076.37 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,076.42 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,076.48 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,076.53 |
| 03/10/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 7,076.54 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 7,076.57 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,076.62 |
| 05/17/11 | {11} | Commercial Mortgage & Finance | Distribution check | 1129-000 | 81.46 | | 7,158.08 |
| 05/19/11 | {11} | Harris Bank | Final distribution re: Family trust | 1129-000 | 1,285.32 | | 8,443.40 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,443.46 |
| 06/01/11 | | To Account #**********1866 | pay bond premium | 9999-000 | | 15.06 | 8,428.40 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,428.46 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,428.52 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 16.16 | 8,412.36 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,412.42 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,387.42 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,387.48 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,362.48 |
| 10/04/11 | {11} | The Bank of New York Mellon | share in grandfather's estate | 1129-000 | 65.17 | | 8,427.65 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,427.71 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,402.71 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,402.77 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,377.77 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,377.83 |

| | | | Subtotals : | | $8,515.15 | $137.32 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 09-72835 |
| **Case Name:** | WOODS, RENEE A. |
| **Taxpayer ID #:** | **-***0204 |
| **Period Ending:** | 07/14/14 |

| | |
|---|---|
| **Trustee:** | JOSEPH D. OLSEN (330400) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | ****-******18-65 - Checking Account |
| **Blanket Bond:** | $820,095.60  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,352.83 |
| 01/06/12 | {11} | Commercial Mortgage & Finance | Share in grandfather's estate | 1129-000 | 114.04 | | 8,466.87 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,466.93 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,441.93 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,416.93 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,391.93 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,366.93 |
| 05/07/12 | {11} | Commerical Mortgage & Finance Co. | Disbursement | 1129-000 | 81.46 | | 8,448.39 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,423.39 |
| 06/05/12 | 11001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2012 FOR CASE #09-72835, #016018067 | 2300-000 | | 10.70 | 8,412.69 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,387.69 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,362.69 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,337.69 |
| 09/24/12 | {11} | Commercial Mortgage & Finance | Disbursement | 1129-000 | 65.17 | | 8,402.86 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,377.86 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,352.86 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,327.86 |
| 12/21/12 | {11} | Commercial Mortgage & Finance Co. | disbursement to Class 4 creditors | 1129-000 | 130.33 | | 8,458.19 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,433.19 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033040088 20130117 | 9999-000 | | 8,433.19 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 8,906.21 | 8,906.21 | $0.00 |
| Less: Bank Transfers | 6,836.18 | 8,454.35 | |
| **Subtotal** | 2,070.03 | 451.86 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $2,070.03 | $451.86 | |

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 09-72835 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | WOODS, RENEE A. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******18-66 - Checking Account |
| Taxpayer ID #: | **-***0204 | | Blanket Bond: | $820,095.60 (per case limit) |
| Period Ending: | 07/14/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/04/10 | | From Account #*********1865 | Payment of bond premium | 9999-000 | 5.67 | | 5.67 |
| 06/04/10 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2010 FOR CASE #09-72835, Bond premium #016018067 Voided on 06/07/10 | 2300-003 | | 5.67 | 0.00 |
| 06/07/10 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2010 FOR CASE #09-72835, Bond premium #016018067 Voided: check issued on 06/04/10 | 2300-003 | | -5.67 | 5.67 |
| 06/08/10 | | From Account #*********1865 | balance of bond premium | 9999-000 | 0.43 | | 6.10 |
| 06/08/10 | 102 | US Bankruptcy Court | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-72835, Bond premium #016018067 Voided on 06/08/10 | 2300-003 | | 6.10 | 0.00 |
| 06/08/10 | 102 | US Bankruptcy Court | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-72835, Bond premium #016018067 Voided: check issued on 06/08/10 | 2300-003 | | -6.10 | 6.10 |
| 06/08/10 | 103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-72835, Bond Premium #016018067 | 2300-000 | | 6.10 | 0.00 |
| 06/01/11 | | From Account #*********1865 | pay bond premium | 9999-000 | 15.06 | | 15.06 |
| 06/01/11 | 104 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #09-72835, BOND #016018067 | 2300-000 | | 6.96 | 8.10 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033040088 20130117 | 9999-000 | | 8.10 | 0.00 |

| | | | ACCOUNT TOTALS | | 21.16 | 21.16 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | Less: Bank Transfers | | 21.16 | 8.10 | |
| | | | Subtotal | | 0.00 | 13.06 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $13.06 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 09-72835 |
| **Case Name:** | WOODS, RENEE A. |
| **Taxpayer ID #:** | **-***0204 |
| **Period Ending:** | 07/14/14 |

| | |
|---|---|
| **Trustee:** | JOSEPH D. OLSEN (330400) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******6065 - Checking Account |
| **Blanket Bond:** | $820,095.60  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 8,433.19 | | 8,433.19 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.94 | 8,420.25 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.31 | 8,408.94 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.70 | 8,397.24 |
| 04/10/13 | | From Account #******6066 | Transfer funds to only have one account | 9999-000 | 8.10 | | 8,405.34 |
| 04/24/13 | | Tansfer of funds | Transfer of funds posted in error | 9999-000 | | 8.10 | 8,397.24 |
| 04/25/13 | | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ******6066 | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ******6066 | 9999-000 | 8.10 | | 8,405.34 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.89 | 8,392.45 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.47 | 8,379.98 |
| 06/05/13 | 21002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2013 FOR CASE #09-72835, Bond #016018067 | 2300-000 | | 8.04 | 8,371.94 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.24 | 8,360.70 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.22 | 8,347.48 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.00 | 8,335.48 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.58 | 8,323.90 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.16 | 8,310.74 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.15 | 8,299.59 |
| 12/18/13 | {11} | Commercial Mortgage & Finance Co. | CMF payment on claim | 1129-000 | 188.99 | | 8,488.58 |
| 02/11/14 | 21003 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,659.52, Trustee Compensation;  Reference: | 2100-000 | | 1,659.52 | 6,829.06 |
| 02/11/14 | 21004 | JOSEPH D. OLSEN | Dividend paid 100.00% on $45.01, Trustee Expenses;  Reference: | 2200-000 | | 45.01 | 6,784.05 |
| 02/11/14 | 21005 | DISCOVER BANK | Dividend paid  22.57% on $5,571.48; Claim# 1; Filed: $5,571.48; Reference: | 7100-000 | | 1,257.80 | 5,526.25 |
| 02/11/14 | 21006 | Creditors' Protection Service | Dividend paid  22.57% on $486.30; Claim# 2; Filed: $486.30; Reference: | 7100-000 | | 109.79 | 5,416.46 |
| 02/11/14 | 21007 | Terry Hoss | Dividend paid  22.57% on $764.37; Claim# 3; Filed: $764.37; Reference: Stopped on 05/12/14 | 7100-004 | | 172.56 | 5,243.90 |
| 02/11/14 | 21008 | Chase Bank USA, N.A. | Dividend paid  22.57% on $755.32; Claim# 8; Filed: $755.32; Reference: | 7100-000 | | 170.52 | 5,073.38 |
| 02/11/14 | 21009 | Midland Funding LLC | Dividend paid  22.57% on $672.25; Claim# 9; Filed: $672.25; Reference: | 7100-000 | | 151.76 | 4,921.62 |
| 02/11/14 | 21010 | First National Bank of Omaha | Dividend paid  22.57% on $3,864.25; Claim# | 7100-000 | | 872.38 | 4,049.24 |

Subtotals : $8,638.38    $4,589.14

{} Asset reference(s)

Printed: 07/14/2014 03:26 PM    V.13.15

Exhibit 9

## Form 2

Page: 6

### Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 09-72835 | |
| **Case Name:** | WOODS, RENEE A. | |
| **Taxpayer ID #:** | **-***0204 | |
| **Period Ending:** | 07/14/14 | |

| | |
|---|---|
| **Trustee:** | JOSEPH D. OLSEN (330400) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******6065 - Checking Account |
| **Blanket Bond:** | $820,095.60  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 10; Filed: $3,864.25; Reference: | | | | |
| 02/11/14 | 21011 | Chase Bank USA, N.A. | Combined Check for Claims#6,7 | | | 1,853.90 | 2,195.34 |
| | | | Dividend paid 22.57%        1,071.23<br>on $4,745.09;  Claim# 6;<br>Filed: $4,745.09 | 7100-000 | | | 2,195.34 |
| | | | Dividend paid 22.57%        782.67<br>on $3,466.91;  Claim# 7;<br>Filed: $3,466.91 | 7100-000 | | | 2,195.34 |
| 02/11/14 | 21012 | PYOD LLC its successors and<br>assigns as assignee of | Combined Check for Claims#4,5 | | | 2,195.34 | 0.00 |
| | | | Dividend paid 22.57%        791.21<br>on $3,504.71;  Claim# 4;<br>Filed: $3,504.71 | 7100-000 | | | 0.00 |
| | | | Dividend paid 22.57%        1,404.13<br>on $6,219.71;  Claim# 5;<br>Filed: $6,219.71 | 7100-000 | | | 0.00 |
| 05/12/14 | 21007 | Terry Hoss | Dividend paid 22.57% on $764.37; Claim# 3;<br>Filed: $764.37; Reference:<br>Stopped: check issued on 02/11/14 | 7100-004 | | -172.56 | 172.56 |
| 05/12/14 | 21013 | United States Bankruptcy Court | Turnover of unclaimed funds (clm #3) | 7100-001 | | 172.56 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 8,638.38 | 8,638.38 | **$0.00** |
| Less: Bank Transfers | 8,449.39 | 8.10 | |
| **Subtotal** | **188.99** | **8,630.28** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$188.99** | **$8,630.28** | |

Exhibit 9

## Form 2

Page: 7

### Cash Receipts And Disbursements Record

| Case Number: | 09-72835 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | WOODS, RENEE A. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******6066 - Checking Account |
| Taxpayer ID #: | **-***0204 | | Blanket Bond: | $820,095.60  (per case limit) |
| Period Ending: | 07/14/14 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/25/13 | | Rabobank | transfer entered in error | 9999-000 | | -8.10 | 8.10 |
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 8.10 | | 16.20 |
| 04/10/13 | | To Account #******6065 | Transfer funds to only have one account | 9999-000 | | 8.10 | 8.10 |
| 04/25/13 | | TRANSFER TO DEPOSIT SYSTEM ACCOUNT ******6065 | TRANSFER TO DEPOSIT SYSTEM ACCOUNT ******6065 | 9999-000 | | 8.10 | 0.00 |

| | | | | |
|---|---|---|---|---|
| ACCOUNT TOTALS | | 8.10 | 8.10 | $0.00 |
| Less: Bank Transfers | | 8.10 | 8.10 | |
| Subtotal | | 0.00 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $0.00 | |

| Net Receipts : | 9,095.20 |
|---|---|
| Net Estate : | $9,095.20 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****18-65 | 6,836.18 | 0.00 | 0.00 |
| Checking # ****-******18-65 | 2,070.03 | 451.86 | 0.00 |
| Checking # ****-******18-66 | 0.00 | 13.06 | 0.00 |
| Checking # ******6065 | 188.99 | 8,630.28 | 0.00 |
| Checking # ******6066 | 0.00 | 0.00 | 0.00 |
| | $9,095.20 | $9,095.20 | $0.00 |

{} Asset reference(s)